IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                    CRIMINAL 11-0106CCC

1) CHRISTIAN ROMAN-VELEZ a/k/a Pablo
Villanueva; Counts 1-4, 23-25, 28, 30-32,
35, 38
2) YARIEL VELEZ-MONTERO a/k/a Abdiel
Sandoval-Santiago a/k/a Domingo Cruz
a/k/a El Cano; Counts 1, 6-9, 11-15, 17-18,
20-24, 26
3) JULIO A. CENTENO-SANTANA;
Counts 2, 27-29
4) WILMANUEL MATOS-SEMIDEY
a/k/a Bobby; Counts 1, 10-11, 16, 19
5) FERNANDO RAMOS-RIOS a/k/a Tito;
Counts 1, 19, 27, 30, 32
**6) PEDRO MUÑOZ-LUGO**; Counts 1, 33-36
7) JAVIER AYALA-CAMACHO; Counts 1, 10
8) CARMEN CARRION-DELGADO;
Counts 1, 12-14, 18
9) HECTOR LOPEZ-VELEZ a/k/a Lopito;
Counts 1, 15-16
10) DIAHANN DELGADO-RIVERA;
Counts 1, 20-21
11) JAVISH GARCIA-COLON;
Counts 1, 17, 22
12) JENNIFER RAMOS-MULERO
Counts 1, 37-38

Defendants

**O R D E R**

Having considered the Report and Recommendation filed on July 11, 2011 (**docket
entry 100**) on a Rule 11 proceeding of co-defendant Pedro Muñoz-Lugo (6) held before
U.S. Magistrate Judge Bruce J. McGiverin on July 7, 2011, to which no opposition has been
filed, the same is APPROVED.  Accordingly, the plea of guilty of co-defendant Pedro
Muñoz-Lugo (6) is accepted.  The Court FINDS that his plea was voluntary and intelligently
entered with awareness of his rights and the consequences of pleading guilty and contains
all elements of the offense charged in the indictment.

CRIMINAL 11-0106CCC                    2

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 7, 2011.  The **sentencing hearing is set for September 30, 2011 at 4:30 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on August 8, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge